**NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY,
Petitioner,**

v.

**Von PATRICK; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 00–1735.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Jan. 18, 2001.

Jonathan H. Walker, Mason, Cowardin & Mason, Newport News, VA, for petitioner. Gregory Edward Camden, Montagna, Klein & Camden, L.L.P., Norfolk, VA, for respondents.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the Administrative Law Judge's and District Director's orders awarding attorney's fees to claimant's counsel pursuant to the Longshore and Harbor Workers Compensation Act, 33 U.S.C.A. §§ 901–950 (West 1986 & Supp.2000). Our review of the record discloses that the Board's decision is without reversible error. Accordingly, we affirm on the reasoning of the Board. *Newport News Shipbuilding and Dry Dock Co. v. Von Patrick,* Nos. 99–789, 00–291 (BRB Apr. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*